UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH SCOTT, a single woman, | ) ) ) No. CV-05-0356-AAM |
| Plaintiff, | ) ) **ORDER OF DISMISSAL** ) ) |
| vs. | ) ) |
| THE SPOKANE CLUB; and HALIL DEMIR and JANE DOE DEMIR, | ) ) ) ) |
| Defendants. | ) ) ) |

On March 16, 2007, this court entered an order allowing plaintiff's counsel to withdraw and directing that within fifteen days, plaintiff have new counsel file an appearance on her behalf or that she enter a *pro se* appearance. No appearance has been entered. Accordingly, plaintiff's complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel and to the plaintiff at her last known address (1225 West Francis Ave., Spokane, WA 99205). The District Executive shall CLOSE this file.

**DATED** this  9th   of April, 2007.

     s/ Alan A. McDonald
     ALAN A. McDONALD
     Senior United States District Judge

**ORDER OF DISMISSAL-**         **1**